# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2021

162071

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

COLLEEN MARIE BERRIDGE,
    Defendant-Appellant.

SC: 162071
COA: 348768
Lenawee CC: 17-018748-FC

_____/

On order of the Court, the application for leave to appeal the August 27, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals judgment affirming the trial court's scoring of Offense Variable (OV) 6, VACATE the sentence of the Lenawee Circuit Court, and REMAND this case to the trial court for resentencing. As noted by dissenting Judge Stephens, OV 6 should be assigned 25 points only where there is a very high risk of death, meaning more than the risk attendant to other deliveries, or that the defendant had particularized knowledge that this delivery was more probably than not going to lead to great bodily harm or death. MCL 777.36(1)(b). The prosecutor has thus far failed to point to evidence demonstrating this type of risk.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2021

b0316



Clerk